84,053-03

October 14, 2015

Court of Criminal Appeals
PO Box 12308
Austin, TX 78711-2308

RE: Writ of Mandamus
    EX PARTE JAMES MICHAEL BEATTIE
    T/C No. 1214470

Dear Court Clerk,

Please find enclosed my Application For Writ of Mandamus to compel the Harris County District Clerk to forward the habeas corpus 11.07 file to the Court, to be filed and presented to the Court for consideration and hearing.

I would request to be notified upon receipt and of any action taken by the Court please.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed.

Sincerely,

James M. Beattie

James Michael Beattie
Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas   79331

enclosure(s): 1
cc: file

CERTIFIED MAIL NO. 7010 0780 0002 0207 5146

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

EX PARTE            §      NO. _____

JAMES MICHAEL BEATTIE     §      T/C NO. 1214470-A

                                  §

## APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, James Michael Beattie, Relator Pro Se, in the above styled numbered cause, and respectfully files and submits this his Application For Writ of Mandamus, pursuant to Rule 72 of the Texas Rules of Appellate Procedure, and would show the Court the following.

I.

### RELATOR

James Michael Beattie, TDCJ-ID # 1879331, is an offender incarcerated at the Smith Unit of TDCJ and is appearing pro se; who can be located at 1313 CR 19, Lamesa, Texas 79331.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial, not discretionary in nature. Texas Code of Criminal Procedure, Article 11.07 requires the Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and certificate reciting the date upon which that finding was made (hereinafter "habeas record"), if the convicting court decides there are no issues to be resolved or at conclusion of resolving issues.

Article 11.07 requires the Respondent to mail or deliver to Relator a copy of any answer, motion, order, or other pleading relating to an application for writ of habeas corpus filed by the State's attorney or the Court.

Texas Rules of Appellate Proceudre 73.4 requires the Respondent to immediately transmit to the Court of Criminal Appeals the "habeas record" at the conclusion of the 180-day period of time to resolve designated issues.

The 180-day period of time has expired. No copy of the "habeas record" has been transmitted to the Court of Criminal Appeals, nor delivered to Relator. Nor has there been an extension of time requested or granted. Had such documents been transmitted the Court of Criminal Appeals would have notified Relator that said record was received and filed.

II.

### RESPONDENT

Respondent Chris Daniels, in his/her capacity as District Clerk of Harris County, Texas has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to Article 2.21, and

is responsible under Article 11.07 and T.R.A.P. 73.4 to perform specific duties relating to an application for writ of habeas corpus. Chris Daniels, District Clerk, Harris County, may be served at his/her place of business at 201 Caroline St., Ste. 420, PO Box 4651, Houston, Texas 77210-4651.

III.

VIOLATIONS OF ARTICLE 11.07 AND T.R.A.P. 73.4

The Respondent has violated Article 11.07 by failing to provide a copy of the "habeas record" to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

The Respondent violated Article 11.07 by failing to mail or deliver the habeas record to the Relator within a reasonable time from the date on which the documents were requested to be delivered.

The Respondent has violated Rule 73.4 by failing to provide a copy of the "habeas record" to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

Requests for transmittal of "habeas record", as well as copy of habeas record to be mailed and delivered to Relator, were made by Relator to Harris County District Clerk Chris Daniels by Certified letters dated September 7, 2015 and October 7, 2015, pursuant to Article 11.07 and Rule 73.4. True and correct copies of the above letters are attached hereto as Exhibits "A" and "B" and are incorporated by reference herein for all purposes.

To date Relator has not received no response from Respondent regarding Relator's request for transmittal of "habeas reocrd" to the Court of Criminal Appeals or copies to be delivered to Relator.

As is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks transmittal of "habeas record" to the Court of Criminal Appeals and deliver copies requested to Relator, duties imposed and required by law. Relator has gone well beyond any requirements or obligations imposed upon him by the Code of Criminal Procedure and Rules of Appellate Procedure.

In contrast to Relator's efforts, Respondent has wholly failed to comply with the Article 11.07 and Rule 73.4, is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondences and requests.

The duties of the clerk is clearly defined by Article 11.07 and Rule 73.4. The Respondent is in violation of these procedures, ministerial duties and thus the laws of this State.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator James Michael Beattie, pro se, respectfully requests a finding that the Respondent did not transmit documents to the Court of Criminal Appeals and did not deliver documents to Relator within a reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit copy of "habeas record" to the Court of Criminal Appeals and deliver to Relator copies of documents as directed in Article 11.07 and Rule 73.4 and as requested in Relator's letters (Exhibits "A" and "B").

DATED: OCTOBER 14, 2015

Respectfully Submitted,

*James M. Beattie*

James Michael Beattie
Relator Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas 79331

I, James Michael Beattie, declare under penalty of perjury, that the foregoing is true and correct, and further certify that a true and correct copy has been served upon Respondent Chris Daniels, PO Box 4651, Houston, Texas 77210-4651 by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 14th day of October , 2015.

*James M. Beattie*

James Michael Beattie
TDCJ-ID # 1879331
TDCJ/Smith Unit
Relator Pro Se

September 7, 2015

Harris County District Clerk
PO Box 4651
Houston, Texas 77210-4651

RE: Habeas Corpus Application
    EX PARTE JAMES MICHAEL BEATTIE
    T/C No. 1214470-A

Dear District Clerk,

This letter is a formal request for compliance with the duties contained in Article 11.07 of the Texas Code of Criminal Procedure and Texas Rules of Appellate Procedure 73 as such relates to the Application for Writ of Habeas Corpus received by this Office on April 7, 2015, that is before the 351st District Court for determination and ruling.

The Court on June 1, 2015 designated one (1) issue to be resolved. While Art. 11.07 does not provide a statutory period of time to resolve such issues, it should be noted the Texas Rules of Appellate Procedure 73 orders the habeas court to resolve issues within 180-day period. This period is to conduct a hearing and issue a written Findings of Fact and Conclusions of Law, then transmit to the Court of Criminal Appeals after 10-day period for objections.

As to the above referenced case, the 180-day period of time is about to expire. I therefore request that the Court issue its Findings of Fact and Conclusions of Law within the next 30-days from the date of this letter. I further request that at conclusion of the 30-day period of time, the entire habeas record, including Application, Memorandum, Exhibits, Addendum(s), correspondences and any answer, motions, pleadings, orders, Findings of Fact and Conclusions of Law, and objections be delivered to me at the address below and transmitted to the Clerk of the Court of Criminal Appeals.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await the Court and this Office's actions.

Sincerely,

James M. Beattie

James Michael Beattie
Applicant Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, Texas 79331

cc: file
CERTIFIED MAIL NO. 70100780 0002 0208 0423

October 7, 2015

Harris County District Clerk
PO Box 4651
Houston, TX 77210-4651

RE: Habeas Corpus Application— 2nd Notice
    EX PARTE JAMES MICHAEL BEATTIE
    T/C No. 1214470-A

Dear District Clerk,

This letter is a second formal request for this Office and the Court to take action in resolving the issues designated with regards to the 11.07 Writ of Habeas Corpus Application received and filed in the above referenced case on April 7, 2015.

The Court has had 180 days to resolve the issue designated and issue a Finding of Facts and Conclusions of Law. The Court has failed to complete this task within the time period allowed, pursuant to Texas Rules of Appellate Procedure 73.

Therefore, I request the Harris County District Clerk immediately perform its duty pursuant to State Law and transmit the entire habeas record to the Court of Criminal Appeals. Failure by either this Office or the Court to Order such action will result in pleadings to a higher Court deemed necessary to recieve proper and necessary results and relief in this case.

Thank you for your time and assitance in this matter, it is greatly appreciated and welcomed. I await this Office's immediate action.

Sincerely,

James M. Beattie

James Michael Beattie
Applicant Pro Se
TDCJ-ID # 1879331
Smith Unit
1313 CR 19
Lamesa, TX 79331

cc: file

CETIFIED MAIL NO. 7008 1140 0004 9224 9432